1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVIDT NATHAN WITHERN,
     aka RUSSELL D. BURGESS,
11   aka RUSSELL A. BURGESS,
     aka DAVID STAR WINTERZ,
12
                 Petitioner,           No. CIV S-03-0588 JAM EFB P
13
           vs.
14
     EDWARD S. ALAMEIDA,
15
                 Respondent.           ORDER
16   _____/

17          Petitioner, a state prisoner proceeding pro se, has filed this application for a writ

18   of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20          On January 26, 2010, the magistrate judge filed findings and recommendations

21   herein which were served on all parties and which contained notice to all parties that any

22   objections to the findings and recommendations were to be filed within twenty-one days.

23   Petitioner has filed objections to the findings and recommendations.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

25   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

26   file, the court finds the findings and recommendations to be supported by the record and by

1

1  proper analysis.

2  Accordingly, IT IS HEREBY ORDERED that:

3  1. The findings and recommendations filed January 26, 2010, are adopted in full;

4  2. Petitioner's application for a writ of habeas corpus is denied;

5  3. The Clerk is directed to close the case; and

6  4. The court declines to issue a certificate of appealability.

7  DATED:   March 22, 2010

8

9  /s/ John A. Mendez

10  UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26